DEVCORP v. TOWNSHIP OF VOORHEES, ET AL.

May 30, 1989.

Petition for certification denied.

PATERSON POLICE PBA, LOCAL NO. 1 v. CITY OF PATERSON, ETC.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD W. TELEPO.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD W. TELEPO.

May 30, 1989.

Petition for certification denied.